UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHANE CAMERON PICKETT,

                              Plaintiff,

        v.

STATE OF WASHINGTON, et al.,

                              Defendant.

CASE NO. 3:25-cv-05202-RSL-BAT

**ORDER OF DISMISSAL**

Having reviewed the Report and Recommendation and the remainder of the record, the Court finds and ORDERS:

(1)     The Court ADOPTS the Report and Recommendation.

(2)     The case is dismissed without prejudice.

(3)     The Clerk shall provide a copy of this Order to Plaintiff.

Dated this 7th day of May, 2025.

*MNr S Casnik*
ROBERT S. LASNIK
United States District Judge

ORDER OF DISMISSAL - 1